**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>ESM PRODUCTIONS, LLC,<br><br>              Defendant. | Case No.: CV 19-2698-DMG (RAOx)<br><br>**JUDGMENT** |

On July 19, 2019, this Court granted in part and denied in part the motion for default judgment filed by Plaintiffs Board of Directors of the Motion Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, and Board of Directors of the Motion Picture Industry Health Plan (collectively, "Plaintiffs").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiffs and against Defendant ESM Productions, LLC ("Defendant") as follows:

1. **Within thirty (30) days** of the date of this Judgment, Defendant shall:

    a. Make available to Plaintiffs the payroll registers, start slips, timecards, production call sheets, and check registers for the period of January 11, 2015 through July 15, 2017 for the following projects: "The Made in America Music Festival" (two productions), "Tidal X Latinos," "Tidal X Futurenow" (Atlanta, Georgia), and "Tidal X Yasiin Bey";

    b. Make available to Plaintiffs the production call sheets and check registers for the period of January 11, 2015 through July 15, 2017 for the following projects: "Tidal X Broccoli Festival," "Meadows Meadows UN," "Tidal X Brooklyn," "Tidal X Chris Brown UN," and "Tidal X Vic Mensa Tidal X Vic Mensa UN";

    c. Make available to Plaintiffs any other records as may be pertinent in connection with the contributions and/or reports that Defendant is obligated to provide to Plaintiffs, insofar as the same may be necessary to accomplish the purposes of their respective Plans;

    d. Afford Plaintiffs and their authorized representatives ample time and opportunity to examine Defendant's materials, as specified above, without harassment and at such time and at such place as shall be mutually convenient to Defendant, Plaintiffs, and Plaintiffs' authorized representatives;

2. In the event that Defendant cannot produce all the records that Plaintiffs require to conduct their examination, then Defendant shall participate in record reconstruction as follows:

   a. **Within thirty (30) days** of the date of this Judgment, Defendant shall apply to the federal and state agencies with which Defendant previously filed periodic reports pertaining to employees for copies of such reports filed by Defendant for all of the periods for which Defendant cannot produce records to Plaintiffs;

   b. Defendant shall subsequently make available to Plaintiffs all such copies of Defendant's periodic reports to the federal and state agencies under the conditions set forth in item 1d above; and

   c. **Within fourteen (14) days** of receipt of such records from federal and state agencies, Defendant shall produce these records to Plaintiffs; and

3. Judgment is entered in favor of Plaintiffs and against Defendant in the amount of $6,127, which is comprised of $5,602 in attorneys' fees and $525 in costs.

**IT IS SO ORDERED.**

DATED: July 19, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE