Carla M. Wirtschafter (SBN 292142)
Email:  cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA  90067-6078
Telephone:   (310) 734-5200
Facsimile:    (310) 734-5299

Attorneys for Defendant
ESM Productions, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, et al.,<br><br>Plaintiffs,<br>vs.<br><br>ESM PRODUCTIONS, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:19-cv-02698-DMG-RAO<br><br>[*Hon. Dolly M. Gee*]<br><br>**JOINT STIPULATION TO DISMISS ENTIRE LAWSUIT WITHOUT PREJUDICE AND TO VACATE ALL EXISTING DATES (FRCP 41(A)(1)(ii))** |

WHEREAS Defendant ESM Productions, LLC ("Defendant") has complied with the Court's Judgment [Dkt. 23] and the Court's OSC [Dkt. 26] and has provided all requested documents, fees and costs to Plaintiffs Board Of Directors Of The Motion Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, Board of Directors of the Motion Picture Industry Health Plan ("Plaintiffs").

WHEREAS pursuant to Rule 41(a)(1)(ii) the Parties jointly stipulate to the dismiss of the entire action, without prejudice.

WHEREAS Plaintiff withdraws its motion for contempt, which is presently set for hearing on February 7, 2020.

Accordingly, the parties through their undersigned counsel, hereby stipulate that:

1) The entire action is dismissed without prejudice; and

2) The Motion for an Order to Show Cause re Contempt is withdrawn, and the parties joint request that the Court vacate the February 7, 2020 hearing date, and all response and reply deadlines, are vacated; and

3) All remaining dates and deadlines are vacated.

**IT IS SO STIPULATED.**

Dated: February 4, 2020

**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**

*/s/ Kathryn J. Halford*
Kathryn J. Halford
Attorneys for Plaintiffs
BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, et. al

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 4, 2020 | **REED SMITH LLP** |
| 3 | | */s/ Carla M. Wirtschafter* |
| 4 | | Carla M. Wirtschafter |
| 5 | | Attorneys for Defendant ESM PRODUCTIONS, LLC |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.: 2:19-cv-02698-DMG-RAO            - 3 -
JOINT STIPULATION TO DISMISS ENTIRE LAWSUIT WITHOUT PREJUDICE
AND TO VACATE ALL EXISTING DATES

## ATTESTATION OF FILER

I, Kathryn J. Halford, the filer of this document on the Court's CM/ECF system, hereby attest that all other signatories hereto, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 4, 2020         By:     */s/ Kathryn J. Halford*
                                        Kathryn J. Halford